*FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 15, AM 9: 45

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

MAURICE FIELDS,                 )
                                )
    Movant,                     )
                                )
v.                              )   Case No.   CV610-082
                                )              CR608-012
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this /5 day of Nov, 2010.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA