# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Statesboro Division

FILED
Scott L. Poff, Clerk
United States District Court

*By casbell at 11:01 am, Apr 01, 2019*

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   6:08-cr-00012-2 |
| | ) | |
| Maurice Fields | ) | |
| | ) | USM No:   13657-021 |
| Date of Original Judgment:   September 15, 2009 | ) | |
| Date of Previous Amended Judgment:   October 22, 2015 | ) | David Newland Ghazi |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of            months **is reduced to**            .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   September 15, 2009,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 1, 2019

Effective Date:   April 1, 2019

*(if different from order date)*

*Judge's signature*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

*Printed name and title*